Walter E. Heller and Company, Appellee, v. Johanna Martin, Appellant.

Gen. No. 41,177.

opinion filed November 4, 1940.

Laurence M. Fine, for appellant; Robert D. Melick, of counsel; Sloan, Levings & Short, for appellee; William H. Sloan, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."